IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOL DOT LTD., | : |
|     Plaintiff, | : |
| v. | : |
| PMT INVESTMENTS LLC and<br>PATRICK M. THOMPSON, | :   C.A. No. _____ |
|     Defendants, | :   Jury Trial Demanded |
| and | : |
| KOOL PRODUCTS, LLC, | : |
|     Nominal Defendant. | : |

### NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b)

TO:    THE UNITED STATES DISTRICT COURT CLERK
         FOR THE DISTRICT OF DELAWARE

PLEASE TAKE NOTICE that Defendants PMT Investments LLC ("PMT") and Patrick M. Thompson ("Thompson") hereby remove to this Court from the Court of Chancery of the State of Delaware in and for New Castle County the State court action described below. The basis for the removal is as follows:

1. On May 23, 2005, an action was commenced in the Court of Chancery of the State of Delaware in and for New Castle County, Case Number 1375-N. A copy of all process, pleadings, and orders served upon the Defendants is attached hereto as Exhibit "A."

2. The first date upon which Defendants received a copy of the State court Complaint was on June 7, 2005, when a copy of the Summons and Complaint was served upon Defendants' Delaware registered agent.

3. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants in

accordance with 28 U.S.C. § 1441(b) in that the dispute arises between citizens of different states and a territory of a foreign country, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. *See* Complaint at pp. 28 – 29 (seeking an award of compensatory and consequential damages and an accounting for at least three months of disbursements of approximately $26,500 each month).

4. Defendants are informed and believe that Plaintiff Cool Dot Ltd. is a privately-held corporation organized and operated pursuant to the laws of the Cayman Islands, with its principal place of business in the Cayman Islands. Complaint, ¶ 6.

5. PMT is a Tennessee limited liability company with all members being citizens of the State of Tennessee.

6. Thompson is an individual who resides in and is a citizen of the State of Tennessee.

7. Defendants are informed and believe that Nominal Defendant Kool Products, LLC is a Delaware limited liability company with its members being Cool Dot Ltd. and PMT. For purposes of a diversity jurisdiction, nominal defendant Kool Products, LLC's citizenship is not taken into consideration.

8. The filing of this Notice of Removal is made within thirty (30) days after the first Defendant was served with process in the State court action.

Dated: July 7, 2005

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants*