AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 474

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

_____     _*Philip Casale*_ (signature)
(Date forms issued)                    (Signature of Party or their Representative)

_Phillip Casale_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action