# Exhibit A
# Part II

SUPPLEMENTAL INFORMATION PURSUANT TO RULE 3(a)
OF THE RULES OF THE COURT OF CHANCERY

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

The information contained herein is for the use by the court
statistical and administrative purposes only. Nothing stated herein shall
deemed an admission by or binding upon any party.

1.  **Caption of Case:** Cool Dot Ltd. v. PMT Investments LLC and
    Patrick M. Thompson, Defendants AND Kool Products LLC,
    Nominal Defendant

2.  **Date filed:** May 23, 2005

3.  **Name and Address of counsel for plaintiff:** William M.
    Lafferty and Susan Wood Waesco, Morris, Nichols, Arsht and
    Tunnell, 1201 North Market Street, Wilmington, Delaware
    19801

4.  **Short Statement and nature of claim asserted:** Action
    seeking judicial dissolution of Delaware limited liability
    company and asserting declaratory judgment, breach of
    contract and breach of fiduciary duty claims against
    manager of limited liability company

5.  **Substantive field of law involved (check one):**

    | | | |
    |---|---|---|
    | ☐ Administrative law | ☐ Trade secrets/ | |
    | ☐ Commercial law | ☐ trade mark/or other | |
    | ☐ Constitutional law | ☐ intellectual property | |
    | ☒ Corporation law | ☐ Trusts | |
    | ☐ Guardianship | ☐ Wills and estates | |
    | ☐ Labor law | ☐ Zoning | |
    | ☐ Real Property | ☐ Other | |

6.  **Related case(s):**

7.  **Basis of court's jurisdiction (including the citation of
    any statute conferring jurisdiction):** 6 Del. C. § 18-111
    and 6 Del. C. § 18-802

8.  **If the complaint seeks preliminary equitable relief, state
    the specific preliminary relief sought:**

9.  **If the complaint seeks summary or expedited proceedings,
    check here** ☐.

    _____
    Susan Wood Waesco (#4476)

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| COOL DOT LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. _____ |
| | ) |
| PMT INVESTMENTS LLC and | ) |
| PATRICK M. THOMPSON, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| KOOL PRODUCTS LLC, | ) |
| | ) |
| Nominal Defendant. | ) |

## NOTICE OF MOTION

TO:    PMT Investments LLC
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       Patrick M. Thompson
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       Patrick M. Thompson
       c/o Secretary of State of the State
         of Delaware
       Townsend Building
       Dover, DE  19901

       Kool Products LLC
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       PLEASE TAKE NOTICE that the undersigned will present the attached Motion

for Appointment of Special Process Server at the earliest convenience of the Court and Counsel.

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Plaintiff Cool Dot Ltd.

OF COUNSEL:

Adam H. Offenhartz
David J. Kerstein
Oliver M. Olanoff
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

May 23, 2005

2

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Plaintiff Cool Dot Ltd., by and through its undersigned counsel, hereby moves this Court, pursuant to Court of Chancery Rule 4, for an Order, in the form attached hereto, appointing any employee of Morris, Nichols, Arsht and Tunnell or Brandywine Process Servers, Ltd. as a special process server for the purpose of serving the Summons, Complaint and related suit papers requiring service upon the defendants in this action.

The grounds for this Motion are that the appointment of a special process server will result in a material savings of time and expense in the service of process in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
   Attorneys for Plaintiff Cool Dot Ltd.

OF COUNSEL:

Adam H. Offenhartz
David J. Kerstein
Oliver M. Olanoff
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000
May 23, 2005

2

EFiled: May 23 2005  7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## **ORDER**

TO:    THE DEFENDANTS ABOVE NAMED

This _____ day of _____, 2005 upon Motion of the Plaintiff, it appearing that the appointment of a special process server pursuant to Court of Chancery Rule 4 is warranted in this action:

IT IS HEREBY ORDERED that any employee of Morris, Nichols, Arsht and Tunnell or Brandywine Process Servers, Ltd. is appointed special process server for the purpose of serving the Summons, Complaint and related suit papers requiring service upon the defendants in this action.

_____
Master in Chancery

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

May 23, 2005

Register in Chancery                                    **BY E-FILING**
1020 N. King Street
Wilmington, DE 19301

Re: <u>Cool Dot Ltd. v. PMT Investments LLC, et al.</u>

Dear Sir or Madam:

Today our firm filed a Complaint and Motion for Appointment of Special Process Server in the above-referenced action.

Please prepare a Summons pursuant to 6 <u>Del. C.</u> § 18-105 for the following Delaware limited liability company: Kool Products LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Corporation Service Company is the registered agent for Kool Products LLC.

We would also appreciate you preparing two separate Summonses for defendant Patrick M. Thompson: one pursuant to 10 <u>Del. C.</u> § 3104 for service on the Secretary of State, and the other pursuant to 6 <u>Del. C.</u> § 18-109 for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

Finally, please prepare a Summons pursuant to 6 <u>Del. C.</u> § 18-109 for defendant PMT Investments LLC, for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

Once the summonses are prepared, I would appreciate advice from your office so that we can move forward promptly with service of the Complaint on the defendants.

Thank you in advance for your assistance. If you have any questions regarding service, please let me know.

Respectfully,

Susan W. Waesco

Susan Wood Waesco (#4476)

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

**MORRIS, NICHOLS, ARSHT & TUNNELL**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

May 23, 2005

**BY E-FILING**

Sam Glasscock, III
Master in Chancery
Court of Chancery
New Castle County Court House
500 King Street
Wilmington, Delaware 19801

Re: Cool Dot Ltd. v. PMT Investments LLC, *et al.*

Dear Master Glasscock:

I am enclosing herewith copies of a Complaint and a Motion For Appointment Of Special Process Servers, both of which were filed on May 23, 2005, with the Register in Chancery. This action seeks, among other things, the judicial dissolution of a Delaware limited liability company pursuant to 6 Del. C. § 18-802.

Plaintiff respectfully requests that the Motion For Appointment Of Special Process Servers be granted so that the Summons, Complaint and related papers may be served upon the defendants as promptly as possible.

If Your Honor has any questions, I am available at Your Honor's convenience.

Respectfully,

Susan Wood Waesco (#4476)

Enclosures

cc:    Register in Chancery (By E-Filing)

#OK 6-7-05 I served Summons to Spec. Proc. Server (4 copies)

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

ORIGINAL

| | |
|---|---|
| COOL DOT LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1375-N |
| | ) |
| PMT INVESTMENTS LLC and | ) |
| PATRICK M. THOMPSON, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| KOOL PRODUCTS LLC, | ) |
| | ) |
| Nominal Defendant. | ) |

## NOTICE OF MOTION

TO:    PMT Investments LLC
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       Patrick M. Thompson
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       Patrick M. Thompson
       c/o Secretary of State of the State
        of Delaware
       Townsend Building
       Dover, DE 19901

       Kool Products LLC
       c/o Corporation Service Company
       2711 Centerville Road, Suite 400
       Wilmington, DE 19808

       PLEASE TAKE NOTICE that the undersigned will present the attached Motion

for Appointment of Special Process Server at the earliest convenience of the Court and Counsel.

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Plaintiff Cool Dot Ltd.

OF COUNSEL:

Adam H. Offenhartz
David J. Kerstein
Oliver M. Olanoff
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

May 23, 2005

2

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| COOL DOT LTD., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|   v. | )   C.A. No. 1375-N |
| | ) |
| PMT INVESTMENTS LLC and | ) |
| PATRICK M. THOMPSON, | ) |
| | ) |
|       Defendants, | ) |
| | ) |
|   and | ) |
| | ) |
| KOOL PRODUCTS LLC, | ) |
| | ) |
|       Nominal Defendant. | ) |

## ORDER

TO:   THE DEFENDANTS ABOVE NAMED

This _24_ day of _May_____, 2005 upon Motion of the Plaintiff, it appearing that the appointment of a special process server pursuant to Court of Chancery Rule 4 is warranted in this action:

IT IS HEREBY ORDERED that any employee of Morris, Nichols, Arsht and Tunnell or Brandywine Process Servers, Ltd. is appointed special process server for the purpose of serving the Summons, Complaint and related suit papers requiring service upon the defendants in this action.

_____
Master in Chancery

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 Fax
swaesco@mnat.com

May 23, 2005

Register in Chancery
1020 N. King Street
Wilmington, DE 19301

**BY E-FILING**

1375-√

Re: Cool Dot Ltd. v. PMT Investments LLC, et al.

Dear Sir or Madam:

Today our firm filed a Complaint and Motion for Appointment of Special Process Server in the above-referenced action.

Please prepare a Summons pursuant to 6 Del. C. § 18-105 for the following Delaware limited liability company: Kool Products LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Corporation Service Company is the registered agent for Kool Products LLC.

We would also appreciate you preparing two separate Summonses for defendant Patrick M. Thompson: one pursuant to 10 Del. C. § 3104 for service on the Secretary of State, and the other pursuant to 6 Del. C. § 18-109 for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

Finally, please prepare a Summons pursuant to 6 Del. C. § 18-109 for defendant PMT Investments LLC, for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

Once the summonses are prepared, I would appreciate advice from your office so that we can move forward promptly with service of the Complaint on the defendants.

Thank you in advance for your assistance. If you have any questions regarding service, please let me know.

Respectfully,

Susan W. Waesco

Susan Wood Waesco (#4476)

EFiled: Jun 8 2005 12:39PM EDT
Filing ID 5973807

SUMMONS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| COOL DOT LTD., | CIVIL ACTION NO. 1375-N |
|           Plaintiff | SUMMONS |
| VS. | |
| PMT INVESTMENTS LLC and PATRICK M. THOMPSON, | |
|           Defendants | |
| and | |
| KOOL PRODUCTS LLC, | |
|           Nominal Defendant | |

**TO THE** SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

To Summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon

_____Susan Wood Waesco, Esq._____, plaintiff's attorney whose address is

__1201 N. Market Street Wilmington, DE 19801__ an answer to the complaint.

To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated __June 7, 2005__

_____
Register in Chancery

CIVIL ACTION NO. 1375-N

COOL DOT LTD.

Plaintiff

VS.

PMT INVESTMENTS LLC, ET AL

Defendant

SUMMONS

Please effectuate service upon:

1. Kool Products LLC (pursuant to 6 Del.C. §18-105)
   by serving the registered agent:

   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE  19808

2. Patrick M. Thompson (pursuant to 10 Del.C. §3104)
   by serving:

   Secretary of State of Delaware
   Dover, DE  19901

3. Patrick M. Thompson (pursuant to 6 Del.C. §18-109)
   by serving the registered agent:

   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE  19808

4. PMT Investments LLC (pursuant to 6 Del.C. §18-105)
   by serving the registered agent:

   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE  19808

Attorney for Plaintiff

SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVER

Susan Wood Waesco, Esq.

# *RETURN OF SERVICE*

| | |
|---|---|
| **CASE NO:** | 1375-N |
| **SERVED:** | KOOL PRODUCTS LLC, PATRICK M. THOMPSON, PMT INVESTMENTS LLC |
| **DOCUMENT:** | SUMMONS & COMPLAINT |
| **ADDRESS:** | C/O CSC 2711 CENTERVILLE RD WILMINGTON, DE |
| **DATE:** | 6/7/05 |

## MANNER OF SERVICE

☒    **PERSONAL:**     ACCEPTED BY:   MARY DRUMMOND

☐    **SUBSTITUTE:**

☐    **NO SERVICE:**

BARRY EVELAND
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   6/7/05

NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

*BRANDYWINE PROCESS SERVERS, LTD PO BOX 1360 WILMINGTON, DE 19899*

# *RETURN OF SERVICE*

**CASE NO:**        1375-N

**SERVED:**        PATRICK M. THOMPSON

**DOCUMENT:**      SUMMONS & COMPLAINT

**ADDRESS:**       C/O DELAWARE SECRETARY OF STATE DOVER, DE

**DATE:**          6/7/05

## MANNER OF SERVICE

☒  **PERSONAL:**     ACCEPTED BY:  MARTINA MARTIN

☐  **SUBSTITUTE:**

☐  **NO SERVICE:**

KEVIN S DUNN

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON   6/7/05

NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*

EFiled: Jun 15 2005 3:40PM EDT
Filing ID 6022943

## MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

June 15, 2005

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

**BY HAND and E-FILING**

Register in Chancery
Court of Chancery
500 N. King Street
Wilmington, Delaware 19801

Re: Cool Dot Ltd. v. PMT Investments LLC, et al., C.A. 1375-N

Dear Sir or Madam:

Enclosed please find three copies of the Complaint that was filed in the above-referenced matter on May 23, 2005. Defendant Patrick M. Thompson ("Thompson") was served under 6 Del. C. § 18-109 as a manager of Kool Products LLC ("Kool Products"), a Delaware limited liability company, by delivering a copy of the Complaint and Summons to Kool Products' registered agent. Pursuant to 6 Del. C. § 18-109(b), your mailing to Thompson may be sent to the following addresses last known to Plaintiff Cool Dot Ltd.:

| Kool Products' Registered Office | Business Office | Home Address |
|---|---|---|
| Patrick M. Thompson | Patrick M. Thompson | Patrick M. Thompson |
| c/o Corporation Service Company | c/o PMT Investments LLC | 132 Ensworth Avenue |
| 2711 Centerville Road | 3100 West End Avenue | Nashville, TN 37205 |
| Suite 400 | Suite 1000 | |
| Wilmington, DE 19808 | Nashville, TN 37203 | |

Should you have any questions concerning this matter, please do not hesitate to contact me.

Respectfully,

Susan Wood Waesco (#4476)

Enclosures

#OK.

6-15-05 Issued Alias Summons (1 COPY)
to Sper. Proc. Server (1 copy)

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

ORIGINAL

| | |
|---|---|
| COOL DOT LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1375-N |
| | ) |
| PMT INVESTMENTS LLC and | ) |
| PATRICK M. THOMPSON, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| KOOL PRODUCTS LLC, | ) |
| | ) |
| Nominal Defendant. | ) |

### NOTICE OF MOTION

TO:   PMT Investments LLC
     c/o Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, DE 19808

     Patrick M. Thompson
     c/o Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, DE 19808

     Patrick M. Thompson
     c/o Secretary of State of the State
      of Delaware
     Townsend Building
     Dover, DE 19901

     Kool Products LLC
     c/o Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, DE 19808

       PLEASE TAKE NOTICE that the undersigned will present the attached Motion

for Appointment of Special Process Server at the earliest convenience of the Court and Counsel.

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
  Attorneys for Plaintiff Cool Dot Ltd.

OF COUNSEL:

Adam H. Offenhartz
David J. Kerstein
Oliver M. Olanoff
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

May 23, 2005

2

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

COOL DOT LTD.,                          )
                                        )
              Plaintiff,                )
                                        )
       v.                               )        C.A. No. 1375-N
                                        )
PMT INVESTMENTS LLC and                 )
PATRICK M. THOMPSON,                    )
                                        )
              Defendants,               )
                                        )
       and                              )
                                        )
KOOL PRODUCTS LLC,                      )
                                        )
              Nominal Defendant.        )

## ORDER

TO:    THE DEFENDANTS ABOVE NAMED

              This _24_ day of _May_____, 2005 upon Motion of the Plaintiff, it

appearing that the appointment of a special process server pursuant to Court of Chancery Rule 4

is warranted in this action:

              IT IS HEREBY ORDERED that any employee of Morris, Nichols, Arsht and

Tunnell or Brandywine Process Servers, Ltd. is appointed special process server for the purpose

of serving the Summons, Complaint and related suit papers requiring service upon the defendants

in this action.

                                        _____
                                                Master in Chancery

MORRIS, NICHOLS, ARSHT & TUNNELL

EFiled: May 23 2005 7:58PM EDT
Filing ID 5875054

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

Susan Wood Waesco
302 351 9677
302 425 3088 Fax
swaesco@mnat.com

May 23, 2005

Register in Chancery
1020 N. King Street
Wilmington, DE 19801

**BY E-FILING**

1375-√

Re:  Cool Dot Ltd. v. PMT Investments LLC, et al.

Dear Sir or Madam:

Today our firm filed a Complaint and Motion for Appointment of Special Process Server in the above-referenced action.

Please prepare a Summons pursuant to 6 Del. C. § 18-105 for the following Delaware limited liability company: Kool Products LLC, c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808. Corporation Service Company is the registered agent for Kool Products LLC.

We would also appreciate you preparing two separate Summonses for defendant Patrick M. Thompson: one pursuant to 10 Del. C. § 3104 for service on the Secretary of State, and the other pursuant to 6 Del. C. § 18-109 for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

Finally, please prepare a Summons pursuant to 6 Del. C. § 18-109 for defendant *PMT Investments LLC, for service c/o Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.*

Once the summonses are prepared, I would appreciate advice from your office so that we can move forward promptly with service of the Complaint on the defendants.

Thank you in advance for your assistance.  If you have any questions regarding service, please let me know.

Respectfully,

Susan W. Waesco

Susan Wood Waesco (#4476)

ALIAS
SUMMONS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

COOL DOT LTD.,

                         Plaintiff

VS.

PMT INVESTMENTS LLC and PATRICK M. THOMPSON,

                         Defendants

and

KOOL PRODUCTS LLC,

                 Nominal Defendant

CIVIL ACTION NO. 1375-N
ALIAS

SUMMONS

**TO THE**   SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

        To Summon the above named defendants so that, within 20 days after service hereof upon

defendants, exclusive of the day of service, defendants shall serve upon

              Susan Wood Waesco, Esq.                , plaintiff's attorney whose address is

1201 N. Market Street  Wilmington, DE  19801              an answer to the complaint.

        To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

        In case of your failure, within 20 days after service hereof upon you, exclusive of the day
of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by
default will be rendered against you for the relief demanded in the complaint.

Dated   June 15, 2005

                                    _____
                                    Register in Chancery

CIVIL ACTION NO. 1375-N

COOL DOT LTD.

Plaintiff

VS.

PMT INVESTMENTS LLC, ET AL

Defendant

ALIAS<br>SUMMONS

Please effectuate service upon:

    PMT Investments LLC (pursuant to 6 <u>Del.C.</u> §18-109)
by serving the registered agent:

    Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVER

Susan Wood Waesco, Esq.

**Attorney for Plaintiff**



EFiled: Jun 16 2005 11:45AM EDT
Filing ID 6028621
ALIAS
SUMMONS

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

### IN AND FOR NEW CASTLE COUNTY

COOL DOT LTD.,

                    Plaintiff

VS.

PMT INVESTMENTS LLC and PATRICK M. THOMPSON,

                    Defendants

and

KOOL PRODUCTS LLC,

                    Nominal Defendant

CIVIL ACTION NO. 1375-N
ALIAS

SUMMONS

**TO THE**    SPECIAL PROCESS SERVER

**YOU ARE COMMANDED:**

    To Summon the above named defendants so that, within 20 days after service hereof upon defendants, exclusive of the day of service, defendants shall serve upon
        Susan Wood Waesco, Esq.
_____, plaintiff's attorney whose address is
1201 N. Market Street  Wilmington, DE  19801
_____ an answer to the complaint.

    To serve upon defendants a copy hereof and of the complaint.

**TO THE ABOVE NAMED DEFENDANTS:**

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

Dated  June 15, 2005
_____

_____
Register in Chancery

CIVIL ACTION NO. 1375-N

COOL DOT LTD.

Plaintiff

VS.

PMT INVESTMENTS LLC, ET AL

Defendant

ALIAS<br>SUMMONS

Please effectuate service upon:

PMT Investments LLC (pursuant to 6 Del.C. §18-109)
by serving the registered agent:

Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE   19808


SERVICE TO BE COMPLETED BY
SPECIAL PROCESS SERVER.


Susan Wood Waesco, Esq.

**Attorney for Plaintiff**

# *RETURN OF SERVICE*

**CASE NO:**      1375-N

**SERVED:**      PMT INVESTMENTS LLC

**DOCUMENT:**      ALIAS SUMMONS & COMPLAINT

**ADDRESS:**      C/O 2711 CENTERVILLE RD. WILMINGTON, DE

**DATE:**      6/15/05

## MANNER OF SERVICE

☒      **PERSONAL:**      ACCEPTED BY:    MARY DRUMMOND (PROCESS AGENT)

☐      **SUBSTITUTE:**

☐      **NO SERVICE:**

_____

BARRY EVELAND

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON DE 19899
302-475-2600

SWORN TO BEFORE ME ON    6/15/05

_____

NOTARY PUBLIC

*KEVIN DUNN*
*NOTARY PUBLIC*
*STATE OF DELAWARE*
*MY COMMISSION EXPIRES NOV. 23, 2006*

*BRANDYWINE PROCESS SERVERS, LTD  PO BOX 1360  WILMINGTON, DE 19899*

*ORIGINAL*

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

Cool Dot Ltd.

vs.

PMT Investments LLC, et al.

### CA #   1375-N

### REGISTER'S CERTIFICATE

I, Edward G. Pollard, Jr.,  Register in Chancery, do hereby CERTIFY

that I mailed Certified Copies of the complaint, a copy of the Summons and

letter to each named defendant at their last known address (if one was given)

as well as the principal place of business of  Kool Products LLC, c/o Cor-
poration Service Company, 2711 Centerville Road, Suite 400, Wilmington,
DE   19808

By registered mail, return receipt requested.

*CA #1375-N*

*Postage $36.45*

*Certs. $75.00*

*Ltrs. $60.00*

IN TESTIMONY WHEREOF, I have

Hereunto set my hand and affixed the

Seal of this Court at Wilmington, this

17th Day of   June            2005

_____

Register in Chancery



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801

302-255-05·
FAX  302-255-22

June 17, 2005

Patrick M. Thompson
c/o Kool Products LLC
c/o Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE   19808

RE:   C.A. # 1375-N

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to

6 Del.C. §18-109.

Very truly yours,

Edward G. Pollard
Register in Chancery

enclosure



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801
June 17, 2005

302-255-05~
FAX 302-255-22~

Patrick M. Thompson
c/o PMT Investments LLC
3100 West End Avenue
Suite 1000
Nashville, TN    37203

RE:    C.A. #  1375-N

Dear Sir or Madam:

    Service of the enclosed true and attested copy of process is made pursuant to

6 Del.C. §18-109.

Very truly yours,

Edward G. Pollard
Register in Chancery

enclosure



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
*STATE OF DELAWARE*

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801

302-255-05
FAX 302-255-22

June 17, 2005

*Patrick M. Thompson*
132 Ensworth Avenue
Nashville, TN  37205

RE:   C.A. #  1375-N

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to

6 <u>Del.C.</u> §18-109.

Very truly yours,

Edward G. Pollard
Register in Chancery

enclosure

ORIGINAL

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

June 15, 2005

**BY HAND and E-FILING**

Register in Chancery
Court of Chancery
500 N. King Street
Wilmington, Delaware 19801

Re: <u>Cool Dot Ltd. v. PMT Investments LLC, et al.</u>, C.A. 1375-N

Dear Sir or Madam:

Enclosed please find three copies of the Complaint that was filed in the above-referenced matter on May 23, 2005. Defendant Patrick M. Thompson ("Thompson") was served under 6 <u>Del. C.</u> § 18-109 as a manager of Kool Products LLC ("Kool Products"), a Delaware limited liability company, by delivering a copy of the Complaint and Summons to Kool Products' registered agent. Pursuant to 6 <u>Del. C.</u> § 18-109(b), your mailing to Thompson may be sent to the following addresses last known to Plaintiff Cool Dot Ltd.:

| Kool Products' Registered Office | Business Office | Home Address |
|---|---|---|
| Patrick M. Thompson | Patrick M. Thompson | Patrick M. Thompson |
| c/o Corporation Service Company | c/o PMT Investments LLC | 132 Ensworth Avenue |
| 2711 Centerville Road | 3100 West End Avenue | Nashville, TN 37205 |
| Suite 400 | Suite 1000 | |
| Wilmington, DE 19808 | Nashville, TN 37203 | |

Should you have any questions concerning this matter, please do not hesitate to contact me.

Respectfully,

Susan Wood Waesco (#4476)

Encl



Name **REGISTER IN CHANCERY**
**500 N. KING ST.**
**SUITE 1551**
**WILMINGTON, DE 19801-3735**

Check type of mail or service:    CA #1375-N

- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured
- Recorded Delivery (International)
- ✔ Registered
- Return Receipt for Merchandise
- Signature Confirmation

Affix Stamp Here
(If issued as a certificate of mailing, or for additional copies of this bill)
Postmark and Date of Receipt

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RB858 351 603 | Patrick M. Thompson c/o Kool Products LLC, c/o Corp. Service Co. 2711 Centerville Road, Ste. 400 Wilmington, DE 19808 | $2.90 | $7.50 | | None | | | | | | | $1.75 |
| 2. | RB858 351 617 | Patrick M. Thompson c/o PMT Investments LLC 3100 West End Ave, Ste. 1000 Nashville, TN 37203 | | | | | | | | | | | |
| 3. | RB858 351 625 | Patrick M. Thompson 132 Ensworth Avenue Nashville, TN 37205 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces 3
Listed by Sender
**Pg. 1 of 1**

Total Number of Pieces Received at Post Office
**3**

Postmaster Per (Name of receiving employee)
_Jy Cotin_

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

EFiled: Jun 22 2005 2:48PM EDT
Filing ID 6066979

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

COOL DOT LTD.,                              :
                                           :
           Plaintiff,                       :
                                           :
v.                                          :    Civil Action No.: 1375-N
                                           :
PMT INVESTMENTS LLC and PATRICK M.          :
THOMPSON,                                   :
                                           :
           Defendants.                      :
                                           :
     and                                    :
                                           :
KOOL PRODUCTS LLC,                          :
                                           :
           Nominal Defendant                :

### ENTRY OF APPEARANCE

TO:        REGISTER IN CHANCERY

        Kindly enter my appearance for Defendants, PMT Investments, LLC and Patrick M. Thompson,

in the above-captioned matter.

        NOTICE IS FURTHER GIVEN that Cozen O'Connor requests that all filings, correspondence

and notices circulated or distributed in connection with the above-captioned case be served upon its

counsel of record as listed below:

                        Sean J. Bellew (No. 4072)
                        David A. Felice (No. 4090)
                        Cozen O'Connor
                        Chase Manhattan Centre
                        1201 North Market Street, Suite 1400
                        Wilmington, Delaware 19801

DATED: June 22, 2005                    Respectfully submitted,
                                        COZEN O'CONNOR


                                        Sean J. Bellew (DE No. 4072)
                                        David A. Felice (DE No. 4090)
                                        Chase Manhattan Centre
                                        1201 North Market Street, Suite 1400
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 295-2026
                                        Facsimile: (302) 295-2013

EFiled: Jun 22 2005 2:48PM EDT
Filing ID 6066979

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

COOL DOT LTD.,                          :
                                        :
      Plaintiff,            :
                                        :
    v.                            :          Civil Action No.: 1375-N
                                        :
PMT INVESTMENTS LLC and PATRICK         :
M. THOMPSON,                            :
                                        :
      Defendants.           :
                                        :
   and                           :
                                        :
KOOL PRODUCTS LLC,                      :
                                        :
      Nominal Defendant     :

### CERTIFICATE OF SERVICE

I, Sean J. Bellew, hereby certify under penalty of perjury that I am not less than 18 years

of age and that, on this _22nd_ day of June, 2005, a true and correct copy of the foregoing *Entry of*

*Appearance* was served by the manner shown below upon the following counsel of record:

*Via LexisNexis File & Serve:*          *Via First Class Mail:*
William M. Lafferty, Esquire            Adam H. Offenhartz, Esquire
Susan Wood Waesco                       David J. Kerstein, Esquire
Morris, Nichols, Arsht & Tunnell        Oliver M. Olanoff, Esquire
1201 North Market Street                Gibson Dunn & Crutcher, LLP
P.O. Box 1347                           200 Park Avenue, 47th Floor
Wilmington, DE 19899                    New York, NY 10166-0193


                       Sean J. Bellew (DE No. 4072)

WILM1\30851\1 099994.000

EFiled: Jun 23 2005 4:18PM EDT
Filing ID 6078152

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. Box 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 Fax

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 Fax
swaesco@mnat.com

June 23, 2005

**BY HAND and E-FILING**

Register in Chancery
Court of Chancery
500 N. King Street
Wilmington, Delaware 19801

Re: Cool Dot Ltd. v. PMT Investments LLC, et al., C.A. 1375-N

Dear Sir or Madam:

Enclosed please find two copies of the Complaint that was filed in the above-referenced matter on May 23, 2005. Defendant PMT Investments LLC ("PMT") was served under 6 Del. C. § 18-109 as a manager of Kool Products LLC ("Kool Products"), a Delaware limited liability company, by delivering a copy of the Complaint and Summons to Kool Products' registered agent. Pursuant to 6 Del. C. § 18-109(b), your mailing to PMT may be sent to the following addresses last known to Plaintiff Cool Dot Ltd.:

Kool Products' Registered Office
PMT Investments LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Business Office
PMT Investments LLC
3100 West End Avenue
Suite 1000
Nashville, TN 37203

Should you have any questions concerning this matter, please do not hesitate to contact me.

Respectfully,

Susan Wood Waesco (#4476)

Enclosures

EFiled: Jun 24 2005 11:34AM EDT
Filing ID 6083200

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1375-N |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**AFFIDAVIT OF COMPLIANCE
PURSUANT TO 10 Del. C. § 3104**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss |
| NEW CASTLE COUNTY | ) | |

Susan W. Waesco, being duly sworn, deposes and says:

1.    I am an associate with the firm Morris, Nichols, Arsht & Tunnell which represents the plaintiff in the above-captioned action and am duly authorized to make this Affidavit on its behalf and to represent the facts set forth herein.

2.    Pursuant to 10 Del. C. § 3104, the Summons, Complaint, and Motion for the Appointment of Special Process Server in this action were served on defendant Patrick M. Thompson on June 7, 2005, via service on the Secretary of State of the State of Delaware. A copy of the Summons, showing service on the Secretary of State, was filed with the Court on June 8, 2005.

3.    On June 8, 2005, I caused a copy of the Summons, Complaint, Motion for the Appointment of Special Process Server and related papers to be sent by registered mail, return receipt requested, together with a letter stating that service had been made upon the Secretary of State of the State of Delaware pursuant to 10 Del. C. § 3104 to the following defendant at the address indicated:

> Patrick M. Thompson
> 132 Ensworth Avenue
> Nashville, TN  37205

A copy of that letter is attached hereto as Exhibit A.

4.    On June 23, 2005, I received the undated return postal receipt, attached hereto as Exhibit B, evidencing receipt of the notice letter, Summons, Complaint and Motion for the Appointment of Special Process Server by defendant Patrick M. Thompson.

_____
Susan W. Waesco (#4476)

Sworn to and subscribed before me

this 24th day of June, 2005.

_____
Notary Public

PATRICIA A. BOYDEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 15, 2008

2

EFiled:  Jun 24 2005 11:34AM EDT
Filing ID 6083200

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

June 8, 2005

**BY REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Patrick M. Thompson
132 Ensworth Avenue
Nashville, TN 37205

> Re: <u>Cool Dot Ltd. v. PMT Investments LLC, et al., C.A. No. 1375-N</u>

Dear Mr. Thompson:

This letter constitutes notice under 10 <u>Del. C.</u> § 3104 that suit has been instituted against you in the Court of Chancery of the State of Delaware in and for New Castle County. Enclosed is a copy of the Summons and Complaint.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you and that under the provisions of 10 <u>Del. C.</u> § 3104 such service is effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Sincerely,

Susan W. Waesco

Enclosures

# EXHIBIT B

**Registered No.**

RA 122 336 083 US

| Reg. Fee $ 7.50 | Special Delivery $ |
| Handling Charge $ | Return Receipt $ 1.75 |
| Postage $ 3.13 | Restricted Delivery $ |
| Received by | |

To Be Completed By Post Office

**Date Stamp**

Domestic Insurance
Is Limited To
$25,000; International
Indemnity Is Limited
(See Reverse)

Customer Must Declare
Full Value $ 0

☐ With Postal Insurance
☑ Without Postal Insurance

FROM
Susan Wood Waesco, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801-1347

TO
Patrick M. Thompson
132 Ensworth Avenue
Nashville, TN 37205

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**, June 2000    **Receipt for Registered Mail**    (Customer Copy)
(See Information on Reverse)

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Patrick M. Thompson
132 Ensworth Avenue
Nashville, TN 37205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☑ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)  RA 122 336 083 US

PS Form **3811**, February 2004    Domestic Return Receipt    102595-02-M-1540

EFiled: Jun 24 2005 11:34AM EDT
Filing ID 6083200

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, the foregoing **Affidavit Of Compliance Pursuant To 10 Del. C. § 3104** was served upon the following counsel of record in the manner indicated:

### BY E-SERVICE

Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington DE, 19801

_____
Susan W. Waesco (#4476)

*ORIGINAL*

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

Cool Dot Ltd.

vs.

PMT Investments LLC, et al.

### CA # 1375-N

### REGISTER'S CERTIFICATE

I, Edward G. Pollard, Jr., Register in Chancery, do hereby CERTIFY

that I mailed Certified Copies of the complaint, a copy of the Summons and

letter to each named defendant at their last known address (if one was given)

as well as the principal place of business of PMT Investments LLC, 3100 West

End Avenue, Suite 1000, Nashville, TN 37203

By registered mail, return receipt requested.

IN TESTIMONY WHEREOF, I have

Hereunto set my hand and affixed the

Seal of this Court at Wilmington, this

*CA# 1375-N*

*Postage $24.76*

24th Day of June          2005

*Certs. $50.00*

_____

Register in Chancery

*Ltrs. $40.00*



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801

June 24, 2005

302-255-054
FAX 302-255-22

Kool Products' Registered Office
PMT Investments LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE    19808

RE:    C.A. #  1375-N

Dear Sir or Madam:

    Service of the enclosed true and attested copy of process is made pursuant to

6 Del.C. §18-109.

Very truly yours,

Edward G. Pollard
Register in Chancery

enclosure



OFFICE OF THE REGISTER IN CHANCERY
COURT OF CHANCERY
OF THE
STATE OF DELAWARE

NEW CASTLE COUNTY
COURTHOUSE
500 N. KING STREET
SUITE 1551
WILMINGTON, DE 19801

June 24, 2005

302-255-05·
FAX  302-255-22

Business Office
PMT Investments LLC
3100 West End Avenue
Suite 1000
Nashville, TN  37203

RE:   C.A. #  1375-N

Dear Sir or Madam:

Service of the enclosed true and attested copy of process is made pursuant to

6 Del.C. §18-109.

Very truly yours,

Edward G. Pollard
Register in Chancery

enclosure

MORRIS, NICHOLS, ARSHT & TUNNELL  ORIGINAL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

June 23, 2005

SUSAN WOOD WAESCO
302 351 9677
302 425 3088 FAX
swaesco@mnat.com

## BY HAND and E-FILING

Register in Chancery
Court of Chancery
500 N. King Street
Wilmington, Delaware  19801

Re: Cool Dot Ltd. v. PMT Investments LLC, et al., C.A. 1375-N

Dear Sir or Madam:

Enclosed please find two copies of the Complaint that was filed in the above-referenced matter on May 23, 2005. Defendant PMT Investments LLC ("PMT") was served under 6 Del. C. § 18-109 as a manager of Kool Products LLC ("Kool Products"), a Delaware limited liability company, by delivering a copy of the Complaint and Summons to Kool Products' registered agent. Pursuant to 6 Del. C. § 18-109(b), your mailing to PMT may be sent to the following addresses last known to Plaintiff Cool Dot Ltd.:

Kool Products' Registered Office
PMT Investments LLC
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

Business Office
PMT Investments LLC
3100 West End Avenue
Suite 1000
Nashville, TN 37203

Should you have any questions concerning this matter, please do not hesitate to contact me.

Respectfully,

Susan Wood Waesco (#4476)

Enclosures



Name and Address of Sender

**REGISTER IN CHANCERY**
**500 N. KING ST.**
**SUITE 1551**
**WILMINGTON, DE 19801-3735**

Check type of mail or service:   CA #1375-N

- Certified
- COD
- Delivery Confirmation
- Express Mail
- Insured
- Recorded Delivery (International)
- ✔ Registered
- Return Receipt for Merchandise
- Signature Confirmation

Affix Stamp Here
(If issued as a
certificate of mailing,
or for additional
copies of this bill)
Postmark and
Date of Receipt

| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. RB858 351 775 | Kool Products' Registered Office $3,13 | $7.50 | | None | | | | | | | $1.75 |
| | PMT Investments LLC c/o Corporation Service Company 2711 Centerville Road Suite 400 Wilmington, DE 19808 | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. RB858 351 784 | Business Office PMT Investments LLC 3100 West End Avenue Suite 1000 Nashville, TN 37203 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | Both sent pursuant to 6 Del.C. §18-109. | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender   2
Total Number of Pieces Received at Post Office

Pg. 1 of 1

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

See Privacy Act Statement on Reverse

PS Form 3877, February 2002 (Page 1 of 2)

EFiled: Jun 27 2005 10:21AM EDT
Filing ID 6091809

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1375-N |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that:

1.      The time for defendants PMT Investments LLC and Patrick M. Thompson (collectively, "Defendants") to answer or otherwise respond to the Complaint in the above-referenced action is extended up through and including July 7, 2005.

2.      Defendants will not commence litigation against Plaintiff Cool Dot Ltd. in any other jurisdiction before they have answered or otherwise responded to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
  Attorneys for Plaintiff Cool Dot Ltd.

COZEN O'CONNOR

Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
  Attorneys for Defendants PMT
  Investments LLC and Patrick M. Thompson

SO ORDERED, this ____ day of _____, 2005.


_____
Vice Chancellor

2



| GRANTED | EFiled: Jun 27 2005 2:42PM EDT<br>Filing ID 6095465 |
|---|---|

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1375-N |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that:

1.    The time for defendants PMT Investments LLC and Patrick M. Thompson (collectively, "Defendants") to answer or otherwise respond to the Complaint in the above-referenced action is extended up through and including July 7, 2005.

2.    Defendants will not commence litigation against Plaintiff Cool Dot Ltd. in any other jurisdiction before they have answered or otherwise responded to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL

_____
William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
 Attorneys for Plaintiff Cool Dot Ltd.

COZEN O'CONNOR

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000
 Attorneys for Defendants PMT
Investments LLC and Patrick M. Thompson

SO ORDERED, this ____ day of _____, 2005.


_____
Vice Chancellor

2

Court: DE Court of Chancery

Judge: Stephen P Lamb

LexisNexis File & Serve Reviewed Filing ID: 6091809

Date: 6/27/2005

Case Number: 1375-N

Case Name: Cool Dot Ltd vs PMT Investments LLC


/s/ Judge Stephen P Lamb

EFiled: Jul 7 2005 9:52AM EDT
Filing ID 6155790

IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1375-N |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## AMENDED STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that:

1.     The time for defendants PMT Investments LLC and Patrick M. Thompson (collectively, "Defendants") to answer or otherwise respond to the Complaint in the above-referenced action is extended up through and including July 18, 2005.

2.     Defendants will not commence litigation against Plaintiff Cool Dot Ltd. in any other jurisdiction before they have answered or otherwise responded to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL        COZEN O'CONNOR


William M. Lafferty (#2755)                Sean J. Bellew (#4072)
Susan Wood Waesco (#4476)                  David A. Felice (#4090)
1201 N. Market Street                      1201 N. Market Street, Suite 1400
Wilmington, DE 19801                       Wilmington, DE 19801
(302) 658-9200                             (302) 295-2000
  Attorneys for Plaintiff Cool Dot Ltd.      Attorneys for Defendants PMT
                                             Investments LLC and Patrick M. Thompson


             SO ORDERED, this _____ day of _____, 2005.




                              _____
                                      Vice Chancellor




                                      2