IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOL DOT LTD., | : |
|     Plaintiff, | : |
| v. | : |
| PMT INVESTMENTS LLC and PATRICK M. THOMPSON, | : C.A. No. _____ |
|     Defendants, | : |
| and | : |
| KOOL PRODUCTS, LLC, | : |
|     Nominal Defendant. | : |

**PMT INVESTMENTS LLC'S
<u>DISCLOSURE STATEMENT PURSUANT TO RULE 7.1</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant PMT Investments LLC ("PMT") submits the following disclosures:

1.  PMT has no parent corporation nor does any publicly held corporation own 10% or more of its membership interest.

Dated: July 7, 2005

                                             Sean J. Bellew (#4072)
                                             David A. Felice (#4090)
                                             Cozen O'Connor
                                             1201 North Market Street, Ste. 1400
                                             Wilmington, DE 19801
                                             Telephone: (302) 295-2000
                                             Facsimile: (302) 295-2013
                                             *Attorneys for Defendants*