IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOL DOT LTD., : | |
| Plaintiff, : | |
| v. : | |
| PMT INVESTMENTS LLC and : | C.A. No. 05-474-SLR |
| PATRICK M. THOMPSON, : | |
| Defendants, : | |
| and : | |
| KOOL PRODUCTS, LLC, : | |
| Nominal Defendant. : | |

## STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE

The parties hereby stipulate and agree, subject to the Court's approval, that the time period for Defendants PMT Investments LLC and Patrick M. Thompson to answer or otherwise respond to the Complaint is extended up through and including August 8, 2005.

_____
William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19801
Telephone: (302) 498-6677
Facsimile: (302) 425-3088
*Attorneys for Plaintiff*

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Defendants*

SO ORDERED this ____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

WILM1\31153\1 175072.000