

| | | |
|---|---|---|
| PHILADELPHIA | | NEW YORK |
| ATLANTA | | NEWARK |
| CHARLOTTE | COZEN | SAN DIEGO |
| CHERRY HILL | | SAN FRANCISCO |
| CHICAGO | O'CONNOR | SEATTLE |
| DALLAS | | TRENTON |
| DENVER | ATTORNEYS | WASHINGTON, DC |
| LAS VEGAS | | WEST CONSHOHOCKEN |
| LONDON | | WICHITA |
| LOS ANGELES | | WILMINGTON |

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

July 27, 2005

Sean J. Bellew
Direct Phone 302.295.2026
Direct Fax    302.295.2013
sbellew@cozen.com

_Via ECF_

Chief Judge Sue L. Robinson
United States District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Cool Dot Ltd. v. PMT Investments LLC et al.*, C.A. No. 05-474-SLR

Dear Judge Robinson:

Pursuant to District of Delaware Local Rule 81.2, please allow this to serve as defendants PMT Investments LLC and Patrick M. Thompson's (collectively "defendants") statement identifying all pending matters that require judicial action.

On July 7, 2005, this action was initiated in this Court by defendants timely filing their Notice of Removal of the action from the Delaware Court of Chancery. On July 26, 2005, this Court granted the parties' proposed stipulation to extend defendants' deadline to respond to the Complaint until August 8, 2005. Presently, there are no pending matters that require the Court's immediate attention.

As always, should Your Honor have any questions or concerns about this matter, counsel is available at Your Honor's convenience.

Sincerely,

Sean J. Bellew (#4072)

SJB/sjr

cc:   Clerk of Court (by ECF)
      William M. Lafferty, Esq. (by ECF)