IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COOL DOT LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-474 (SLR) |
| | ) |
| PMT INVESTMENTS LLC and | ) |
| PATRICK M. THOMPSON, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| KOOL PRODUCTS LLC, | ) |
| | ) |
| Nominal Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff Cool Dot Ltd. hereby voluntarily dismisses the above-captioned action, with prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ William M. Lafferty
William M. Lafferty (#2755)
Susan Wood Waesco (#4476)
Jerry C. Harris, Jr. (#4262)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
   Attorneys for Plaintiff Cool Dot Ltd.

OF COUNSEL:
Adam H. Offenhartz
David J. Kerstein
Oliver M. Olanoff
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

July 27, 2005