IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| COOL DOT LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-474 (SLR) |
| | ) | |
| PMT INVESTMENTS LLC and | ) | |
| PATRICK M. THOMPSON, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KOOL PRODUCTS LLC, | ) | |
| | ) | |
| Nominal Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, William M. Lafferty, hereby certify that on July 27th, 2005 I electronically filed

a **NOTICE OF VOLUNTARY DISMISSAL**, with the Clerk of Court using CM/ECF, which

will send notification of such filing(s) to the following:

David A. Felice, Equire
Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington DE, 19801

I also certify that copies were caused to be served on July 27th, 2005 upon the following in the manner indicated:

**BY HAND**

David A. Felice, Equire
Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington DE, 19801

MORRIS, NICHOLS, ARSHT & TUNNELL

William M. Lafferty (#2755)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
wlafferty@mnat.com

July 27, 2005